No. 82–1507.   WASHINGTON STATE DEPARTMENT OF GAME *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 82–1510.   GOOSE CREEK CONSOLIDATED INDEPENDENT SCHOOL DISTRICT *v.* HORTON, AS NEXT FRIEND OF HORTON ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 82–1584.   SCHELL *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–1679.   ALBERDING *v.* DONOVAN, SECRETARY OF LABOR.   C. A. 5th Cir.   Certiorari denied.

No. 82–1690.   LEE *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 82–1728.   DAVID METZGER TRUST ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.

No. 82–1737.   ELLIS BANKING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 11th Cir.   Certiorari denied.

No. 82–1756.   BAKER ET AL. *v.* WISCONSIN.   C. A. 7th Cir.   Certiorari denied.

No. 82–1779.   HOFFMAN *v.* MINNESOTA LAWYERS PROFESSIONAL RESPONSIBILITY BOARD.   Sup. Ct. Minn.   Certiorari denied.

No. 82–1780.   BURLINGTON NORTHERN INC. *v.* DONOVAN, SECRETARY OF LABOR.   C. A. 9th Cir.   Certiorari denied.

No. 82–1784.   TROY STATE UNIVERSITY ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 11th Cir. Certiorari denied.